```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 14051
    FRANKIE B THOMPSON
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-9925

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 08/04/2007 and was confirmed 09/20/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors    .00%.

      The case was dismissed after confirmation 10/09/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
AFNI                       UNSECURED       NOT FILED            .00            .00
AMERICAN COLLECTION        UNSECURED       NOT FILED            .00            .00
ARROW FINANCIAL            NOTICE ONLY     NOT FILED            .00            .00
CAVALRY PORTFOLIO SERVIC   NOTICE ONLY     NOT FILED            .00            .00
CHICAGO FENCE FACTORY      UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO WATER DE   SECURED            800.00            .00         200.00
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED          8957.80           .00            .00
COMMONWEALTH EDISON        NOTICE ONLY     NOT FILED            .00            .00
CORTRUST BANK              NOTICE ONLY     NOT FILED            .00            .00
DEBT RECOVERY SOLUTION     UNSECURED       NOT FILED            .00            .00
DIANE THOMPSON             NOTICE ONLY     NOT FILED            .00            .00
EXELON                     NOTICE ONLY     NOT FILED            .00            .00
FIRST PREMIER BANK         UNSECURED       NOT FILED            .00            .00
HSBC CARD SERVICES         NOTICE ONLY     NOT FILED            .00            .00
IL STATE DISBURSEMENT UN   NOTICE ONLY     NOT FILED            .00            .00
MED COLLECTIONS SERVICES   UNSECURED       NOT FILED            .00            .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY     NOT FILED            .00            .00
MIDNIGHT VELVET            NOTICE ONLY     NOT FILED            .00            .00
MONROE & MAIN              NOTICE ONLY     NOT FILED            .00            .00
AMERICAN HOME MTG          CURRENT MORTG        .00             .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED            .00            .00
PLAZA ASSOCIATES           NOTICE ONLY     NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC   NOTICE ONLY     NOT FILED            .00            .00
ROBERT THOMPSON JR         NOTICE ONLY     NOT FILED            .00            .00
SENEX SERVICES             NOTICE ONLY     NOT FILED            .00            .00
UNIVERSITY RHEUMATOLOGIS   NOTICE ONLY     NOT FILED            .00            .00
AMERICAN HOME MTG          MORTGAGE ARRE      2977.00           .00            .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED            .00            .00
ACCESS REVEIVABLES         NOTICE ONLY     NOT FILED            .00            .00
AFNI                       NOTICE ONLY     NOT FILED            .00            .00
ARTIC HEATING & AIR COND   UNSECURED       NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 14051 FRANKIE B THOMPSON
```

```
DHAWAN INDERJIT           UNSECURED       NOT FILED              .00              .00
IC SYSTEMS                UNSECURED       NOT FILED              .00              .00
IC SYSTEMS                UNSECURED       NOT FILED              .00              .00
INDERJIT DHAWON           NOTICE ONLY     NOT FILED              .00              .00
KENNEDY SEWER SERVICE     UNSECURED       NOT FILED              .00              .00
LVNV FUNDING              UNSECURED       NOT FILED              .00              .00
PORTFOLIO RECOVERY ASSOC  NOTICE ONLY     NOT FILED              .00              .00
ROUNDUP FUNDING LLC       UNSECURED         290.00               .00              .00
ROUNDUP FUNDING LLC       UNSECURED         465.60               .00              .00
LORRAINE GREENBERG & ASS  DEBTOR ATTY     3,500.00                           1,468.59
TOM VAUGHN                TRUSTEE                                              131.41
DEBTOR REFUND             REFUND                                                  .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                     1,800.00

PRIORITY                                                 .00
SECURED                                               200.00
UNSECURED                                                .00
ADMINISTRATIVE                                      1,468.59
TRUSTEE COMPENSATION                                  131.41
DEBTOR REFUND                                            .00
                         ---------------      ---------------
TOTALS                      1,800.00             1,800.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                 /s/ Tom Vaughn
     Dated: 01/27/09             _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE




                           PAGE   2
          CASE NO. 07 B 14051 FRANKIE B THOMPSON